# BOND SCHOENECK & KING

Key Center | 40 Fountain Plaza, Suite 600 | Buffalo, NY 14202-2200 | bsk.com

SHARON M. PORCELLIO, ESQ.
sporcellio@bsk.com
P: 716.566.2844
F: 716.566.2845

September 1, 2015



**VIA FACSIMILE 585-613-4075**

Hon. Jonathan W. Feldman
United States Magistrate Judge
2330 U.S. Courthouse
100 State Street
Rochester, New York 14614

Re:   *Perry v. V & J National Enterprises, LLC et al.*
      *Civ. No. 15-CV-6353*

Dear Magistrate Judge Feldman:

This is to confirm my call with your office to advise that the parties in this matter have reached a settlement in principle and are working to complete the necessary documentation. Accordingly, we request that the Court adjourn our scheduling conference set for September 9, 2015 at 10:00 a.m.

Thank you for your kind attention to this matter. Please let either Mr. Mullin or I know if you have any questions.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Sharon M. Porcellio

cc:   Robert L. Mullin, Esq. *(via e-mail)*